The New York Central Railroad Company, Appellant,
v. The People of the State of New York et al.,
Respondents.

*Eminent domain — railroads — condemnation proceedings — canal lands — railroad has no preferential right to condemn abandoned canal lands within limits of municipality as against right of latter to purchase same.*

*N. Y. Central R. R. Co.* v. *People of the State of N. Y.*, 197 App. Div. 918, affirmed.

(Argued April 26, 1922; decided May 12, 1922.)

Appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 22, 1921, affirming a judgment in favor of defendants entered upon a dismissal, by the court at Special Term, of a petition in condemnation proceedings whereby plaintiff sought to acquire certain abandoned canal lands within the corporate limits of the city of Little Falls. The question at issue was whether the railroad company had a preferential right to condemn these lands, over the right given to the city of Little Falls to purchase the same, under section 54 of the Public Lands Law, as amended and contained in chapter 299 of the Laws of 1916.

*William L. Visscher* and *Alexander S. Lyman* for appellant.

*Charles D. Newton,* Attorney-General (*Edward G. Griffin* of counsel), for state of New York, respondent.

*H. A. De Coster* for city of Little Falls, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.